UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **Granja Planalto,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Civil No. 07-142-P-H |
| | ) | |
| **Ohio Casualty Insurance** | ) | |
| **Company,** | ) | |
| | ) | |
| **Defendant** | ) | |

REPORT OF HEARING AND ORDER
RE: DISCOVERY DISPUTE

Held in Portland by telephone on January 9, 2009, at 10:30 a.m.

Presiding: John H. Rich III, United States Magistrate Judge

Appearances: For Plaintiff Granja Planalto: James Poliquin, Esq. and Katherine Dumont, Esq.

For Defendant Ohio Casualty Insurance Company: John Osborn, Esq., Kathryn McGintee, Esq., Jeffrey Thaler, Esq., and Richard Byrne, Esq.

The hearing addressed two issues: (1) whether about 1,000 pages of documents withheld by Planalto from Thompson & Bowie's file regarding the latter's defense of Avian Farms are protected by the work product doctrine, which is now asserted by Planalto, and (2) whether Planalto may withhold, as attorney-client privileged documents, documents considered, reviewed, and/or authored by certain Planalto managerial employees subsequently designated by Planalto as testifying experts.

1

At my request, counsel for the parties agreed to submit simultaneous supplemental briefs, not to exceed 10 pages in length, addressing the question of whether the work performed by Thompson & Bowie in the underlying defense action was performed solely for Avian Farms, the insured, or for Avian Farms and the insurers who retained Thompson & Bowie.  More generally, in their briefs, the parties are to examine how this question affects the scope of the application of the work product doctrine to materials provided to Granja Planalto by Thompson & Bowie.  The supplemental briefs are due by 5 p.m. on Friday, January 16, 2009.

    *SO ORDERED*.

## CERTIFICATE

A.  This report fairly reflects the actions taken at the hearing and shall be filed forthwith.

B.  Any objections to the report shall be filed in accordance with Fed. R. Civ. P. 72.

Dated this 11th day of January, 2009.

/s/  John H. Rich III
John H. Rich III
United States Magistrate Judge